STEVEN G. KALAR
Federal Public Defender
HEATHER M. ANGOVE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753
heather_angove@fd.org

Counsel for Defendant,
JOHN GARIBALDI

FILED

NOV 1 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-00611 PSG |
| Plaintiff, ) ) | **STIPULATION TO CONTINUE STATUS CONFERENCE; PROPOSED ORDER** |
| vs. ) ) | |
| JOHN GARIBALDI, ) ) | |
| Defendant. ) | |

## STIPULATION

Defendant John Garibaldi, by and through Assistant Federal Public Defender Heather M. Angove, and the United States, by and through Special Assistant United States Attorney Edward Fluet, hereby stipulate that, with the Court's approval, the status hearing currently set for November 18, 2013 at 1:00 p.m., shall be continued to December 5, 2013 at 8:30 a.m.

The reason for the requested continuance is to allow the parties additional time to discuss a possible resolution in this matter and allow defense counsel additional time to meet with her client.

\\\

\\\

The parties agree that the time between November 18, 2013, and December 5, 2013, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of counsel and effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated: November 14, 2013

/s/
HEATHER M. ANGOVE
Assistant Federal Public Defender

Dated: November 14, 2013

/s/
EDWARD FLUET
Special Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing shall be continued from November 18, 2013 at 1:00 p.m., to December 5, 2013 at 8:30 a.m.

IT IS FURTHER ORDERED that the time between November 18, 2013, and December 5, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 14, 2013

THE HONORABLE PAUL S. GREWAL
United States District Magistrate Judge
HOWARD R. LLOYD